DAVID R. ISOLA, ESQ., SBN 150311
ISOLA & RUIZ, LLP
701 South Ham Lane
Lodi, CA 95242
(209) 367-7055
e-mail: disola@isolalaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED SANCHEZ, individually and formerly doing business as REDWOOD EMPIRE CLEANERS, <br><br> Plaintiff(s), <br> v. <br> PHOENIX INSURANCE OF HARTFORD, et al., <br><br> Defendant(s). | CASE NUMBER <br><br> C 07 4548 BZ <br><br><br> NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety, **without prejudice.**

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

September 24, 2007
_____
Date

_____
Signature of Attorney/Party

**NOTE:** *F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.